THOMAS J. McCABE, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*McCabe* v. *City of New York*, 77 App. Div. 637, affirmed.
(Submitted October 22, 1903; decided November 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1902, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial.

*Isidore S. I. Chirurg* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* and *Chase Mellen* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Accounting of PETER ROSE, as Executor of PHILIP B. ROSE, Deceased, Appellant.

CATHERINE M. ROSE et al., Respondents.

*Matter of Rose*, 75 App. Div. 615, affirmed.
(Submitted October 22, 1903; decided November 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 17, 1902, which affirmed a decree of the Rensselaer County Surrogate's Court surcharging the account of Peter Rose, as executor of Philip B. Rose, deceased.

*J. A. Cipperly* for appellant.

*Clarence W. Betts* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.